IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                                         **PLAINTIFF**

v.                                           4:13-cr-00167-05-KGB

**TONY BERNARD SMITH**                                                                                                  **DEFENDANT**

**ORDER**

Pending is defendant Tony Bernard Smith's motion to reduce sentence (Dkt. No. 332).

Applying retroactive Guideline Amendment 821 does not change Mr. Smith's criminal history category. Mr. Smith remains a criminal history category VI based on his status as a career offender. Even if not a career offender, under Guideline Amendment 821, Mr. Smith's criminal history score would go from 11 to 10, but his criminal history category would remain the same.[1] Therefore, the Court denies Mr. Smith's motion to reduce sentence.

It is so ordered this 27th day of December, 2023.

_____
Kristine G. Baker
Chief United States District Judge

---

[1] *See* United States Sentencing Guidelines §1B1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").